TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00751-CV







In the Matter of F. F.










FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT


NO. 154,814-C, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING







PER CURIAM



 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.



Before Justices Powers, Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: February 14, 1996

Do Not Publish